UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                        Crim. No. 03-411 (PAM/RLE)

           Plaintiff,

v.                                                                                    **ORDER**

Randy Lawrence Williams-Bey,

           Defendant.

---

This matter is before the Court on Defendant's informal request for relief from a sentencing order imposing restitution. On February 24, 2004, Defendant pled guilty to bank robbery in violation of 18 U.S.C. § 2113(a). On June 22, 2004, the Court sentenced Defendant. As part of that sentence, the Court required Defendant to pay $12,573.00 in restitution.

Defendant now asks the Court to defer payment of restitution until he is released from prison. Defendant contends that his financial condition is causing tremendous strain on his family. Although the Court empathizes with Defendant, the Court will not defer his restitution obligation. Accordingly, Defendant's request for relief (no Docket No.) is **DENIED**.

Dated: May 22, 2006

                                                                              s/ Paul A. Magnuson
                                                                              Paul A. Magnuson
                                                                              United States District Court Judge